# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOD GROUP, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> D'S NATURALS, LLC, et al., <br><br>   Defendants. | Case No. 1:16-cv-00911-DAD-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 6) <br><br> Thirty-Day Deadline |

On July 12, 2016, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **July 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1