UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOOD GROUP, INC., | No. 1:16-cv-00911-DAD-SAB |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| D'S NATURALS LLC, a Ohio limited liability company; and DANIEL KATZ, an individual, | (Doc. No. 8) |
| Defendants. | |

On July 13, 2016, plaintiff filed a notice of voluntary dismissal of the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 8.) No responsive pleading has yet been filed in this action. In light of this, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:  **July 17, 2016**                                  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                                                                              UNITED STATES DISTRICT JUDGE

1